Decided April 3, 1997

STATE OF CONNECTICUT *v.* RICHARD STEVENSON

The defendant's petition for certification for appeal from the Appellate Court, 43 Conn. App. 680 (AC 14656), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Glenn W. Falk* and *Donald D. Dakers*, special public defenders, in support of the petition.

*Robert J. Scheinblum*, deputy assistant state's attorney, in opposition.

Decided April 3, 1997